JOHN SKOOLINSKY, Appellant, v. LEHIGH VALLEY RAILROAD Co., Respondent.— Order, in so far as an appeal is taken therefrom, denying plaintiff's motion for permission to file a jury demand affirmed, without costs. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

BLANCHE TREPTOW, Respondent, v. BERNARD TREPTOW, GLADYS TREPTOW, TREPTOW REALTY COMPANY, INC., 230 BROOK AVENUE REALTY CORPORATION, LOUISE KAISER and FREDERICK KAISER, Appellants, and Others, Defendants.— Order granting plaintiff's motion for examination before trial modified by striking therefrom item 9, so much of item 29 as reads " and upon instructions from him to his attorneys," and so much of item 34 as reads " and upon his instructions to his attorneys," and as so modified affirmed, without costs; the examination to proceed on five days' notice. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

## ( October 11, 1937.)

MARY STAIB and EDWARD STAIB, Appellants, v. YONKERS RAILROAD COMPANY, Respondent.— On argument, order denying motion to vacate the order dismissing the complaint and to restore the cause to the calendar reversed on the law and the facts and motion granted on condition that appellants pay respondent fifty dollars costs within ten days from the entry of the order hereon; otherwise, order affirmed, with ten dollars costs and disbursements. In the circumstances, we think the default should be opened on the terms stated. Carswell, Davis, Johnston, Adel and Close, JJ., concur.

## (October 14, 1937.)

In the Matter of the Application of KATHLEEN AINEY for Admission to Practice as an Attorney and Counselor at Law. (From the State of Pennsylvania.) — Application granted. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Application of JOHN V. LIZARS for Admission to Practice as an Attorney and Counselor at law. (From the State of Illinois.) Application granted.— Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

## (October 15, 1937.)

HENRY M. CHANCE and Others, Suing on Behalf of Themselves and All Other Stockholders of R. HOE & Co., INC., Respondents, v. GUARANTY TRUST COMPANY OF NEW YORK and Others, Appellants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Johnston, Adel and Close, JJ.